UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22198-CIV-KING

COOL INTERNATIONAL HOLDINGS LTD.,
a British Virgin Islands Incorporated Company,
individually and derivately in the right and for
the benefit of BE TAG Holdings Limited, a St.
Lucia International Business Company,

    Plaintiff,

v.

BLUE EQUITY PETROHOLDINGS, LTD.,
A St. Lucia International Business Company,
BLUE EQUITY LLC, JONATHAN BLUE,
an individual, DAVID ROTH, an individual,
and MAUREEN SMITH, an individual,

    Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

The above-styled case is hereby set for a status conference for **Friday, August 29, 2014**, at **10:00 a.m.** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida 33132.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of August, 2014.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record