UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22198-CIV-KING

COOL INTERNATIONAL HOLDINGS LTD.,
a British Virgin Islands Incorporated Company,
individually and derivately in the right and for
the benefit of BE TAG Holdings Limited, a St.
Lucia International Business Company,

      Plaintiff,

v.

BLUE EQUITY PETROHOLDINGS, LTD.,
A St. Lucia International Business Company,
BLUE EQUITY LLC, JONATHAN BLUE,
an individual, DAVID ROTH, an individual,
and MAUREEN SMITH, an individual,

      Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE
AND RELEASE, DISCHARGE AND EXONERATION OF INJUNCTION BOND**

      THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice and for Exoneration of Bond (D.E. #86) filed January 21, 2015, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(I)(ii) and 61 of the Federal Rules of Civil Procedure, it is

      ORDERED, ADJUDGED and DECREED as follows:

      1.    The above-styled case is hereby DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs.

      2.    The injunction bond is hereby released, discharged and exonerated.

3.     All unresolved pending motions in this case are hereby DENIED as moot.

4.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of January, 2015.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record